UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESTER RICARD, JR. | : | CIVIL ACTION NO.: 2:11-cv-2414 |
| | : | |
| VERSUS | : | JUDGE:_____ |
| | : | |
| TARGET CONSTRUCTION, INC. | : | MAGISTRATE JUDGE: |
| AND ROYCE JENNINGS | : | _____ |

**COMPLAINT**

NOW COMES, through undersigned counsel, Plaintiff LESTER RICARD, JR. who respectfully charges the following:

1.

Made Defendants herein are:

TARGET CONSTRUCTION, INC., a foreign corporation doing business in the City of New Orleans, State of Louisiana;

ROYCE JENNINGS, a Louisiana citizen doing business in the City of New Orleans.

2.

Defendants are jointly and severally liable for all damages alleged herein.

3.

Defendants are indebted unto plaintiff for all sums as are reasonable under the premises, including but not limited to compensatory damages, special damages, punitive damages, attorney's fees, interest on attorney's fees, costs, with interest thereon from the date of judicial demand until paid pursuant to Title VII of the civil rights act of 1964, 42 U.S.C. § 2000e, et. seq., 42 U.S.C. § 1981(a).

4.

Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 in that the causes of action outlined herein arise under the Constitution and laws of the United States.

5.

Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1), (2) and (3) in that the events in violation of law occurred in the Parish of Orleans and the Defendants principal place of business in Louisiana is Orleans Parish.

6.

Plaintiff LESTER RICARD began employment with Defendant TARGET CONSTRUCTION, INC. on or about September 2010 as a full time laborer at the LPV 105.2 Army Corps Levy Project.

7.

Plaintiff LESTER RICARD has brown skin color and his race is black.

8.

While employed by TARGET CONSTRUCTION, INC., Plaintiff knew of one other black person working on the job.

9.

On or about Friday, October 22, 2010, Plaintiff was laid off from employment with Defendant TARGET CONSTRUCTION, INC. despite robust hiring at the job site.

10.

Plaintiff notified the job superintendent Gary Burke that he had been laid off from employment and Gary Burk disputed this fact and asked Mr. Ricard to return to work on Monday, October 25, 2010, which Plaintiff did.

11.

Plaintiff was then terminated by Defendant ROYCE JENNINGS on Friday, October 29, 2010 despite the objections of Job Superintendent Gary Burk because there "two too many 'niggers' on

the job site."

12.

Shortly thereafter, the other black employee was also terminated.

13.

Defendant ROYCE JENNINGS is a known racist, yet he was put in charge of hiring in a predominantly black area of New Orleans.

14.

The job involves protecting black citizens of New Orleans from levee failure, yet no black citizens of New Orleans are allowed to work on the levee project.

15.

Plaintiff was singled out and intentionally discriminated against by defendants because of plaintiff's race in violation of Title VII of the civil rights act of 1964, 42 U.S.C. § 2000e, et. seq., 42 U.S.C. § 1981(a).

16.

Defendants are indebted unto plaintiff for all sums as are reasonable under the premises, including but not limited to compensatory damages, special damages, punitive damages, attorney's fees, interest on attorney's fees, costs, with interest thereon from the date of judicial demand until paid pursuant to Title VII of the civil rights act of 1964, 42 U.S.C. § 2000e, et. seq., 42 U.S.C. § 1981(a).

17.

Due the acts of the defendants outlined herein, Plaintiff suffered and continues to suffer:

A.   Conscious pain and suffering;

B.   Physical injury;

    C.    Great mental distress;

    D.    Humiliation;

    E.    Emotional distress;

    F.    Loss of income and employment;

    G.    Loss of benefits;

    H.    Loss of wages;

    I.    Loss of anticipated wages which would have resulted from promotion;

    J.    Loss of promotion;

    K.    defamation;

    L.    Loss of employability;

    M.    Other losses and injuries which will be shown at trial on the merits.

18.

Plaintiff is entitled to attorney's fees pursuant to Title VII.

WHEREFORE, Plaintiff LESTER RICARD, JR. prays that Defendants TARGET CONSTRUCTION, INC. and ROYCE JENNINGS, be served of a copy of this petition and cited to appear and answer same within the delays provided by law and that after the expiration of all legal delays and due proceedings are had, that there be a judgment rendered herein in favor of Plaintiff LESTER RICARD against Defendants TARGET CONSTRUCTION, INC. and ROYCE JENNINGS, for such damages as are reasonable in the premises, including but not limited to conscious pain and suffering, great mental distress, humiliation, emotional distress, loss of income and employment, loss of benefits, punitive damages, interest on judgmetn, attorney's fees together, interest on attorneys fees, with legal interest on the whole from the date of judicial demand until paid and for all costs of these proceedings and any other relief justice and equity demand.

Respectfully submitted by:

*/s/Jean-Paul Robert*
Jean-Paul Robert, Bar # 27628
Attorney at Law, L.L.C.
2315 S. Burnside Ave.
Gonzales, LA 70737
Tel:  (225) 647-9200
Fax: (225) 647-9300