UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESTER RICARD, JR. | : | CIVIL ACTION NO.: 2:11-cv-2414 |
| | : | |
| VERSUS | : | JUDGE: SARAH R. VANCE |
| | : | |
| | : | MAGISTRATE JUDGE: |
| TARGET CONSTRUCTION, INC. | : | ALMA L. CHASEZ |

## ORDER

On motion of counsel for Plaintiff LESTER RICARD, JR. in the above entitled and numbered cause,

IT IS ORDERED, ADJUDGED and DECREED that the claims against Defendant TARGET CONSTRUCTION, INC. be dismissed with prejudice.

THUS DONE AND SIGNED this  15th   day of        October        , 2012 in         New Orleans         , Louisiana.

_____
JUDGE